### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.:  5:18-CR-00593 |
| ) | |
| Plaintiff, ) | JUDGE: CHRISTOPHER A. BOYKO |
| ) | |
| v. ) | **MOTION TO AMEND** |
| ) | **CONDITIONS OF DETENTION** |
| CARMEN DAMIANI, JR. ) | |
| ) | |
| Defendant. ) | |

    Now comes the Defendant, Carmen Damiani, Jr., by and through counsel, and respectfully requests that the Court issue an Order allowing him to enter residential substance abuse treatment at the Louis Stokes Cleveland VA Medical Center.  He is to report there on Wednesday, June 26, 2019 at 9:00 a.m.

    It is respectfully requested that the Court issue an Order directing the U.S. Marshall Service to transport Mr. Damiani from the Corrections Corporation of America facility in Hubbard, Ohio to the Louis Stokes Cleveland Veterans' Administration Medical Center at 10701 East Boulevard, Cleveland, Ohio 44106 on June 26, 2019 to arrive at 9:00 a.m.  Further, it is asked that the Marshall Service transport him back to the Corrections Corporation of America prison in Hubbard Ohio when they are notified that he has completed his substance abuse treatment.

    Respectfully submitted,

\s\ GEORGE G. KEITH
GEORGE G. KEITH #0012606
Attorney for Defendant
135 Portage Trail
Cuyahoga Falls, OH 44221
(330) 929-4293
(330) 929-1796 (fax)

Case No. 5:18-CR-00593-CAB

## **PROOF OF SERVICE**

A copy of the foregoing Motion to Amend Conditions of Detention will be sent this 24th day of June 2019 by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

\s\ GEORGE G. KEITH  
GEORGE G. KEITH #0012606  
Attorney for Defendant
